THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRYSTAL MORROW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ETHICON, INC., et al., <br><br> Defendants. | Case No. 20-cv-05062-BHS <br><br> **DECLARATION OF DAMON C. ELDER IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** <br><br> **NOTED: AUGUST 28, 2020** |

I, Damon C. Elder, declare as follows:

1. I am an attorney with Calfo Eakes LLP and represent Ethicon, Inc. and Johnson and Johnson (collectively, "Ethicon") in this action. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of a Plaintiff Fact Sheet for Plaintiffs, dated May 11, 2020.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the deposition of Plaintiff Crystal Morrow, dated June 6, 2018.

4. Attached as **Exhibit C** is a true and correct copy of correspondence from Plaintiffs' counsel, dated June 5, 2018.

ELDER DECL. ISO DEFENDANTS' SUPP. MOTION FOR SUMMARY JUDGMENT (Case No. 3:20-cv-05062-BHS) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1  I declare under penalty of perjury under the laws of the State of Washington that the
2  foregoing is true and correct.
3  DATED this 6th day of August, 2020, at Seattle, Washington.

   s/ *Damon C. Elder*
   Damon C. Elder

ELDER DECL. ISO DEFENDANTS' SUPP.
MOTION FOR SUMMARY JUDGMENT
(Case No. 3:20-cv-05062-BHS) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224